IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | Cause No. |
| vs. | ) |  |
|  | ) | **4:12CR 00298CDP/** |
| DORIS TAYLOR, | ) | **MLM** |
| ANNIE WALKER, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

FILED
AUG - 8 2012
U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

## INDICTMENT

The Grand Jury charges that:

### Introduction

1. Doris Taylor served as secretary-treasurer of the American Federation of State, County and Municipal Employees Local 2730 (the union) from March 2008 to March 2010. As secretary-treasurer, Taylor was in charge of writing checks, paying bills, depositing income, providing financial reports, maintaining the bank accounts, and co-signing checks.

2. Annie Walker served as vice-president of the union from March 2008 to March 2010. As vice president, Walker was in charge of assisting the union's president and presiding over meetings when the president was unable to serve.

3. Local 2730 is a labor organization in Saint Louis, Missouri comprised of approximately 700 members. Members are employed at various mental health facilities in the St. Louis area, including St. Louis Psychiatric Rehabilitation Center, Bellefontaine Rehabilitation Center, Metro Psychiatric Hospital, St. Louis Veterans Home, and others.

### The Scheme or Artifice to Defraud

4. At some time unknown to the Grand Jury but by at least July 2008 and continuing until at least March 2010, the defendants devised a scheme to embezzle funds from the union by means of false pretenses, representations and promises and, for purposes of executing this scheme, caused signs, signals, picture or sounds to be transmitted by means of wire communications.

5. It was part of the scheme that the defendants removed the union president's name from the signature card at Commerce Bank and listed Taylor and Walker as the authorized signatories. This switch was completed without authorization of any other union officer or member.

6. It was further part of the scheme that the defendants received cash from checks written directly in their name from the union's Commerce Bank checking account, for personal use, without the permission or approval of the union. The defendants would co-sign these checks for one another.

7. It was further part of the scheme that the defendants would represent to the union that checks written to them were for out-of-pocket expenses incurred during the course of union business, such as gasoline reimbursement or union supplies. However, it was well known to the defendants that the checks were written under false pretenses and did not accurately represent honest union business.

The Wire Communication

**COUNT 1**

The Grand Jury charges that:

8. The allegations contained in Counts 1-7 are hereby restated and incorporated by reference.

9. On or about February 4, 2010, in the Eastern District of Missouri, the defendant,

**DORIS TAYLOR,**

for the purpose of executing and attempting to execute, the scheme and artifice, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, certain signs, signals and/or sounds that is, a wire communication from a First Community Credit Union computer in the Eastern District of Missouri, to the Federal Reserve in Atlanta, Georgia in order to complete the check cashing process in which Doris Taylor presented a check for $195.00 on Local 2730's checking account at Commerce Bank, for payment to herself for personal use.

In violation of Title 18, United States Code Section 1343.

## COUNT 2

The Grand Jury further charges that:

10. The allegations contained in Counts1-7 are hereby restated and incorporated by reference.

11. On or about February 4, 2010, in the Eastern District of Missouri, the defendant,

**ANNIE WALKER,**

for the purpose of executing and attempting to execute, the scheme and artifice, did transmit and cause to be transmitted in interstate commerce, by means of wire communication, certain signs, signals and/or sounds that is, a wire communication from a U.S. bank computer in the Eastern District of Missouri, to computers in Saint Paul, Minnesota, in order to identify Local 2730's checking account at Commerce Bank, before authorizing a transaction where Annie Walker

presented a check for $500.00 on Local 2730's checking account, for payment to herself for personal use.

In violation of Title 18, United States Code Section 1343.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
Dianna R. Collins #59641MO
Assistant United States Attorney